Marco De Rensis, Respondent, v. Carlo D'Amico, Impleaded with Antonio Sisti, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George J. Denny, as Administrator, etc., of Harry H. Denny, Deceased, Respondent, v. Lake Ontario and Bay of Quinte Steamboat Company, Limited, Appellant.— Order affirmed; with ten dollars costs and disbursements. All concurred.

Martin M. Moore, Respondent, v. Rochester Railway Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

Albert J. Wheeler, Individually and as Executor, etc., of Mary J. Wheeler, Deceased, and Others, Appellants, v. The Phenix Insurance Company of Brooklyn, New York, Respondent.— Judgment affirmed, with costs. All concurred.

Emerson C. Dell, Respondent, v. Arthur A. Fletcher and Daisy Fletcher, Appellants.— Judgment modified by deducting from the amount awarded to the plaintiff sixteen dollars and sixteen cents as of the date of the decision, and as so modified affirmed, without costs of this appeal to either party. All concurred.

William B. Breeze, Appellant, v. Trivot Bayne and James H. Bolton, as Constable of the Town of Yates, Orleans County, New York, Respondents.— Judgment affirmed, with costs. All concurred.

William Czibilisky, Respondent, v. The Solvay Process Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the finding of the jury that the defendant was guilty of negligence which caused the accident was contrary to and against the weight of the evidence. All concurred, McLennan, P. J., in result on the ground that, as matter of law, the defendant was not shown guilty of any negligence.

Aaron T. Vail, Respondent, v. The R. G. Peters Salt and Lumber Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

George Richmond, Respondent, v. International Railway Company, Appellant.— Order reversed, with costs, and judgment directed for the defendant upon the verdict. All concurred.

Thomas Plunkett, as Administrator, etc., of Catharine Plunkett, Deceased, Plaintiff, v. Lehigh Valley Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Ben O. Gore, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

In the Matter of the Probate of the Will of George Ellwanger, Deceased. William T. Plumb, Special Guardian for Julia S. Ellwanger, an Infant, Appellant; Henry Selden Bacon, Respondent.— Decree affirmed, with costs and disbursements. All concurred.

Irene Secord, Respondent, v. William Broadhead and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.